

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC**, et al,
Appellant

v.

**GRACE RIVER RANCH,** L.L.C.,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellants filed a "Motion for Emergency Stay of Temporary Injunction Challenged in Interlocutory Appeal" on March 11, 2015, requesting that the enforcement of the injunctive relief granted in the trial court's "Partial Summary Judgment" order signed on March 3, 2015 be stayed pending resolution of this interlocutory appeal. The trial court's order expressly states that it is effective on March 13, 2015. After due consideration, appellants' motion to stay is GRANTED. The enforcement of the injunctive relief granted in the trial court's "Partial Summary Judgment" order signed on March 3, 2015 is STAYED pending resolution of this interlocutory appeal or further order of the Court. TEX. R. APP. P. 29.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court